# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA and, ) <br> VELVET COLE, Revenue Agent of ) <br> THE INTERNAL REVENUE SERVICE, ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> JOSEPH A. BUAIZ, JR., ) <br> ) <br> Respondent. ) | CIV. NO. 3:07-cv-56 <br> Phillips |

## ORDER

This matter is before the Court on respondent's "objection" [Doc. 19] to the order filed by United States Magistrate H. Bruce Guyton on June 28, 2007 [Doc. 17]. As set forth in the order, Magistrate Judge Guyton granted the government's motion to enforce the IRS Summons, whereby ordering the administrative summons of the IRS to be enforced. The respondent was ordered to fully comply with the IRS summons on or before July 13, 2007.

In consideration of the record and the respondent's objection, which the Court will treat as an appeal, the undersigned finds that the Magistrate Judge's order is not clearly erroneous or contrary to law. Therefore, respondent's objection [Doc. 19] is **DENIED**.

**IT IS SO ORDERED.**

                        **ENTER:**

                              s/Thomas W. Phillips
                        UNITED STATES DISTRICT JUDGE